UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SHEILA ANN BROWN ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-CV-435 |
| v. ) | (VARLAN/SHIRLEY) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is the Defendant's Motion to Reopen Case Subsequent to Remand [Doc. 11], filed on April 16, 2014.

The motion states that on December 27, 2012, the District Court remanded the case for further administrative proceedings with the Social Security Administration. Upon remand, the ALJ issued a favorable decision. The ALJ found that the Plaintiff had been disabled since February 11, 2011, for the purpose of disability insurance benefits and for the purpose of receiving Supplemental Security Income.

Pursuant to Local Rule 9.1(d), whenever a Social Security case is remanded by the Court, the United States Attorney "shall file a report informing the Court of the agency action taken on remand and the final agency decision that resulted therefrom." Furthermore, the Rule states that "if the agency decision is fully favorable to the plaintiff, the Court shall then reopen the case and enter a final judgment for the plaintiff." Id.

In the present matter, the Plaintiff was granted disability insurance benefits and Supplemental Security Income. Therefore, the Plaintiff received a fully favorable decision and an entry of judgment by the District Court is now needed. Accordingly, the Court finds the Defendant's Motion to Reopen Case Subsequent to Remand [**Doc. 11**] is well-taken, and it is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

_s/ C. Clifford Shirley, Jr._
United States Magistrate Judge